UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ELDOR AKMURZAYEV,

Petitioner,

v.

DHS OPLA,

Respondent.

Case No. 5:26-cv-02956-JGB-JDE

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Return to the Petition (Dkt. 8); and the Report and Recommendation of the magistrate judge (Dkt. 12, "Report"). As no party filed an objection to the Report within the time permitted, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered denying the Petition and dismissing the action without prejudice.

Dated: July 21, 2026

JESUS G. BERNAL
United States District Judge