JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ELDOR AKMURZAYEV,<br>Petitioner,<br>v.<br>DHS OPLA,<br>Respondent. | Case No. 5:26-cv-02956-JGB-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and the action is dismissed without prejudice.

Dated: July 21, 2026

JESUS G. BERNAL
United States District Judge